# Gary Grass
ATTORNEY AT LAW

Lavender House, 2457 West Juneau Avenue
Milwaukee, Wisconsin 53233-1045
(414) 455-8087
pholidote@gmail.com

December 2, 2021

VIA ECF

Chief Judge Pamela Pepper
United States Courthouse Room 208
517 East Wisconsin Avenue
Milwaukee, WI 53202

      Re:    Siddique v. Evers, et al., No. 2:20-cv-00824-PP

Dear Judge:

    With apologies, this letter is to respectfully draw your attention to the pending motion for dismissal in this matter, fully briefed since November 2020. I send a letter rather than a motion because no action or response is requested.

    Plaintiff does not wish to be impertinent or imply the slightest impatience. We are quite content to allow the court to proceed at its own pace and would wait in silence but for one thing: When an earlier incarnation of this claim (*sub nom* Siddique v. Laliberte et al., no. 2:15-cv-00001-JPS) came before Judge Stadtmueller after pending a long time before Judge Clevert, the court appeared to admonish Plaintiff for not having been more proactive in moving the case forward. It seems odd to me to make a record simply that Plaintiff still awaits a decision on a pending motion; nevertheless that experience leads me to write out of an abundance of caution so there can be no question of his diligence in proceeding.

    Best wishes for a merry holiday season.

                                                       Yours,

                                                     Gary Grass
                                                     State Bar No. 1035738

gg