IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

MOHAMMAD SAMIR SIDDIQUE AND
TAYLOR Q. SCOTT,

      Plaintiffs,

      v.                    Case No. 20C0824

TONY EVERS, ET AL.,

      Defendants.

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HERBY STIPULATED AND AGREED, by and between the parties and through undersigned counsel for the parties, that this action shall be dismissed on its merits, with prejudice, and with each party bearing its own fees and costs, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

| | |
|---|---|
| Date: April 20, 2022 | s/Gary E. Grass<br>Gary E. Grass<br>2457 W. Juneau Ave.<br>Milwaukee, WI 53233<br>(414) 455-8087<br>State Bar #1035738<br>Attorney for Plaintiffs |
| Date: April 20, 2022 | s/Colin R. Stroud<br>Colin R. Stroud<br>17 W. Main Street<br>Madison, WI 53703<br>(608) 261-9224<br>State Bar #1119467<br>Attorney for Defendants |